# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEANNA PIKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WISCONSIN DOLLS, LLC, a Wisconsin Corporation; JAMES HALBACH, an individual; HALBY, LLC, a Wisconsin Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:21-cv-00356-JDP<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RELIEF OF STAY AND FOR APPROVAL OF FLSA SETTLEMENTS**<br><br>Complaint Filed: May 27, 2021 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs Deanna Pike, Kensy Campbell, and Lanikiquia Taylor ("Plaintiffs") will and hereby do move this Court for relief of the stay of arbitration and approval of the settlement agreements reached between Plaintiffs and defendants Wisconsin Dolls, LLC, ("Wisconsin Dolls") a Wisconsin Corporation; James Halbach, ("Halbach") an individual; (collectively "Defendants").

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declaration of John P. Kristensen, the pleadings, and all other papers on file in this action, and upon such other evidence and arguments as may be presented at a hearing on this matter.

Dated: June 7, 2023

*/s/ John P. Kristensen*
John P. Kristensen
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 507-7924
*kristensen@cz.law*

Jay A. Urban
**URBAN & TAYLOR S.C.**
4701 N. Port Washington Road
Milwaukee, WI 53212
Telephone: (414) 906-5333
Fax: (414) 906-1700
*jurban@wisconsininjury.com*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on Tuesday, June 07, 2023 a true and correct copy of the attached **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RELIEF OF STAY AND FOR APPROVAL OF FLSA SETTLEMENTS** was served via Electronic Transmission upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Scott Salemi
**MURPHY DESMOND, SC**
33 Main Street
Suite 500
Madison, Wisconsin 53701
Phone: (608) 268-5646
*ssalemi@murphydesmond.com*

*Attorney for Respondents*

Jay Urban
Wisconsin Bar No. 1018098
**URBAN & TAYLOR S.C.**
Urban Taylor Law Building
4701 N. Port Washington Rd.
Milwaukee, Wisconsin 53212
Telephone: 414-906-1700
*jurban@wisconsininjury.com*

Jarrett Ellzey
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford
Houston, TX 77006
Telephone: 713-554-2377
*jarrett@ellzeylaw.com*

*Co-Counsel for Claimant*

                                                           */s/ John Kristensen*
                                                            John P. Kristensen